# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| WILLIAM HERNANDEZ AKA SAMUEL LOPEZ, | : No. 85 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA COURT OF COMMON PLEAS, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 21st day of August, 2014,　the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.